Case 3:24-mj-00058-SDV   Document 1-1   Filed 01/22/24   Page 1 of 8

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
January 22, 2024
By _Djess Jacques_
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

IN THE MATTER OF APPLICATIONS
FOR SEARCH AND SEIZURE WARRANT

Case No. 3:24-mj-00058-SDV

January 22, 2024

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT**

I, William J. Eannotti, being duly sworn, depose and state:

1. I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. I am the case agent on the investigation which is the subject of this affidavit and have personally participated in the investigation concerning violations of the federal laws listed herein.

2. I am a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA) and have been a sworn federal agent by the DEA since February of 2023. I have been a Police Officer for the Shelton Police Department in Shelton, Connecticut, since June of 2018. Prior to working for the Shelton Police Department, I was a Police Officer for the Guilford Police Department in Guilford, Connecticut from December of 2015 to June of 2018. I am currently assigned to the New Haven Division Office (NHDO) Task Force, which is comprised of personnel from the DEA, Internal Revenue Service Criminal Investigations (IRS-CI), the U.S. Marshall's Service, Connecticut State Police, and the New Haven, West Haven, Waterbury, Shelton, Branford, East Haven, Ansonia, Meriden, and Naugatuck

Police Departments. I will generally refer to sworn members of these agencies as the "Task Force."

3. During the course of my career, I have participated in hundreds of criminal investigations including investigations into suspected narcotics trafficking and money laundering. My participation in investigations has included: coordinating controlled purchases of narcotics utilizing confidential informants, cooperating witnesses, and undercover law enforcement officers; coordinating the execution of search and arrest warrants; conducting electronic and physical surveillance; analyzing records related to narcotics trafficking; testifying in grand jury and district court proceedings; and interviewing individuals and other members of law enforcement regarding the manner in which narcotics traffickers obtain, finance, store, manufacture, transport, and distribute controlled substances.

4. As a result of my personal participation in this investigation, reports made to me by other law enforcement officers, and information obtained from confidential sources, I am familiar with all aspects of this investigation and the information contained herein. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are essential to establish probable cause to support the issuance of the requested search warrant. On the basis of my familiarity with this investigation, and on the basis of other information that I have reviewed and determined to be reliable, I declare that the facts contained in this Affidavit show there is probable cause to believe that Edward Q. VICKERS, whose date of birth is known to your affiant, has committed the following offenses: felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g) and possession with intent to distribute controlled substances, in violation 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

5. I submit this affidavit in support of a search warrant for VICKERS' DNA.

**PROBABLE CAUSE**

6. On November 1, 2023 at approximately 10:51 A.M, the Shelton Police Department responded to 200 Howe Avenue 1st floor apartment for the report of a burglary in progress. The complainant, Jordan Jones, stated that she locked herself in the bathroom and thought she heard people in her apartment. The Shelton Police patrol division conducted a protective sweep of the apartment and in doing so, they observed an AK-47 rifle in the south bedroom, located on top of shoe boxes. Shelton Police Patrol Lieutenant Matthew Kunkel proceeded to clear the weapon using hand protection and set it back in place where it was observed. The Shelton Police Detective Bureau was contacted, and they responded to the scene. The Shelton Police Detective Bureau held the house and applied for a search warrant for the south bedroom of the apartment.

7. Investigators also observed a carboard box from the MacDougall Walker Correctional Institution with the inmate number 286750 and the last name "VICKERS." When investigators asked the complainant, Jordan Jones, about the bedroom, she stated that it belonged to her roommate, "Mel" or "Mill," and that she did not have his phone number.

8. Investigators showed VICKER's DMV photograph to Jones, but she was unable to identify him because she said he always has a hat on. She stated that she lives at the house with her husband and they rent the room to "Mel." Jones said she has no interaction with him and only sees him from time to time. She also stated that "Mel" has a key to the residence and his bedroom door is the only door that has a lock. She said that he has four different women with whom he has children, and he uses the place as a

getaway from them. She also stated that "Mel" drives a BMW and another vehicle she was unsure of. Vickers has an Audi A4 registered to him.

9. At approximately 5:30 P.M., members of the Shelton Police Detective Bureau and I served said warrant and provided a copy to the complainant, Jordan Jones. Investigators took photographs prior to the search. Upon searching said bedroom, detectives found numerous items including the following:

   a) a black Century AK-47 .762 caliber, serial# AKMO2144 with a loaded 30 round magazine;

   b) two locked Sentry Safe's, one approximately 1x 2 feet and the other 1x3 feet;

   c) one Winchester 9mm luger bullet;

   d) a green Crown Royal bag filled with $135.00 of assorted one-dollar bills

   e) a tactical backpack containing a black Glock 43 9mm handgun, Serial# BUTE928, a black Glock handgun no serial markings with an unloaded magazine and a 30 round handgun drum clip;

   f) a black bag with an American flag logo containing five handguns, magazines, and ammunition;

   g) a Stop & Shop bag containing a COBRAY Uzi 9mm firearm, serial #89-0048706, four high-capacity magazines, and a black silencer;

   h) a black Adidas bag containing a Glock 45 Serial #BHZP253, magazines, and ammunition;

   i) mail belonging to Edward VICKERS addressed to his other residence;

   j) a tan canvas bag containing a Model 10 Ruger 22 Rifle serial #11512992;

    k) a bag containing assorted packaging, 134.8 grams of white block powdery substance which tested positive for fentanyl and cocaine material;

    l) a "Galls" Kevlar Bulletproof vest;

    m) a "Tac Life" money counting machine;

10. I observed clothes in the closet and on the floor, shoe boxes, and sheets on the bed. It appeared that someone was residing in this bedroom.

11. Investigators took photographs after the search and officers cleared the scene. Said items were seized and transported to the Shelton Police Department. All items were tagged exhibits 1 through 20. The firearms listed above were run through COLLECT and showed no hits. The block of white powdery substance was tested with a "Mobile Detect" test kit which showed a positive result for cocaine and fentanyl.

12. On 11/02/2023, Shelton Police Officer McMahon and Shelton Police Detective Richard Bango applied for and received search and seizure warrants for the two Sentry safes seized the day prior during the search warrant at 200 Howe Ave Shelton. Officer McMahon and Detective Bango were able to pry open both safes. In the smaller safe, investigators found two empty prescription vials of Oxycodone prescribed to Edward VICKERS. In the larger safe, investigators found the following:

    a) a Taurus G2C 9 mm s/n 1C156366 black handgun with a loaded magazine;

    b) a Taurus G2C 9 mm s/n TMD59478 black and silver handgun with loaded magazine;

    c) five $100.00-dollar bills and one $5.00-dollar bill;

    d) six small brown address books with a list of addresses and phone numbers for VICKERS' family members;

    e) a Chase bank card belonging to Edward VICKERS;

    f) an American Airlines boarding passes assigned to Edward VICKERS;

    g) Valentines' jewelry bag with Acropolis men's watch and silver;

    h) Wedding ring with no diamond;

    i) seven purple vials containing a white powdery substance; and

    j) one round blue pill stamped "AG 265" which yielded a positive result for oxycodone.

13. Investigators photographed and tagged the above-described evidence. Shelton Police Officer McMahon tested the white substance with a "Mobile Detect" narcotics test and it showed a positive result for fentanyl and crack. Both firearms were run in COLLECT, and it showed the Taurus G2C 9mm with s/n TMD59478 (black and silver) handgun was stolen out of Camden, South Carolina.

14. I checked for VICKERS criminal record in COLLECT. This check confirmed VICKERS is a convicted felon and therefore prohibited from being in possession of any firearms.

15. Firearms that were seized during the search were swabbed and sent to the State Lab for examination. On December 27, 2023, the lab provided a report for items # 005-001 through 013-001. The report indicated that the DNA profiles from items #005-001, #011-001, #012-001 and #013-001 are mixtures that are too complex for STRmix interpretation, and that no comparisons will be made. The lab requested a known sample from the suspect for comparison to the evidentiary results, which I presume applies to the remaining samples that were not considered too complex for STRmix interpretation.[1]

---

[1] On January 5, 2024, the lab provided an offender hit notification indicating that item #009-001 has an association with Jordan Jones.

16. Based upon the evidence found in the South bedroom, which included a Department of Correction box with VICKERS' name and inmate number, VICKERS' mail, an address book with a list of addresses and phone numbers for VICKERS' family members, a Chase card belonging to VICKERS, an American Airlines boarding pass assigned to VICKERS, and empty prescription vials prescribed to VICKERS, I believe that VICKERS was residing in this bedroom. Additionally, there is probable cause to believe the VICKERS possessed the firearms and controlled substances found in this bedroom.

17. VICKERS was arrested today on a state warrant and is currently in custody.

## SEARCH TO BE CONDUCTED

18. The DNA samples of Edward VICKERS that I am seeking will be collected by buccal swabbing. This method involves taking a sterile swab (similar to a Q-Tip) and gently scrubbing the inside right cheek, then the inside left cheek, for approximately five to ten seconds. Two samples are requested if one of the samples becomes contaminated or otherwise cannot be tested. The samples seized will be submitted to the State Lab for examination, testing and analysis, and comparison to the DNA material obtained from firearms that were seized on November 1, 2023 and to other items seized in connection with this investigation.

19. It is understood that DNA profiles or partial DNA profiles of more than one person may be located on an object when more than one person has handled an item.

20. The execution of the search warrant will be conducted while VICKERS is in custody. In the event that the subject is non-compliant, and due to the potential dangers to both the executing officers and the individual associated with executing a validly issued search warrant on a non-compliant subject, I would request that the Court authorize law enforcement agents

and officers to use reasonable measures necessary to restrain that individual for the sole purpose of obtaining a DNA buccal swab. As articulated above, the buccal DNA swab will be obtained by taking a buccal swab and scrubbing the inside of the cheek approximately ten times.

## CONCLUSION

21. Based upon the foregoing, there is probable cause to believe that DNA swabs of Edward VICKERS will constitute evidence of the target offenses described above.

Respectfully submitted,

**WILLIAM EANNOTTI (Affiliate)**
Digitally signed by WILLIAM EANNOTTI (Affiliate)
Date: 2024.01.22 15:58:20 -05'00'

William Eannotti
Task Force Officer (TFO)
Drug Enforcement Administration (DEA)

Subscribed and Sworn to before me by telephone this  22nd   day of January 2024

**S. Dave Vatti**
Digitally signed by S. Dave Vatti
Date: 2024.01.22 16:09:38 -05'00'

HON. S. DAVE VATTI
UNITED STATES MAGISTRATE JUDGE